# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PAUL LOGAN, | **Case No.:** SACV 18-1661 JLS (ADSx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| | **HON. JOSEPHINE L. STATON** |
| HYUNDAI MOTOR AMERICA; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC, | |
| Defendants. | |

Based upon the Joint Stipulation, and good cause, this Court hereby orders only Defendant TRANS UNION LLC, dismissed without prejudice with each Party to bear their own attorneys' fees; and, costs.

**IT IS SO ORDERED.**

Dated: 12/27/2018

JOSEPHINE L. STATON
_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE