UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 8:18-cv-01661-JLS-ADS | Date: January 07, 2020 |
| Title: Paul Logan v. Hyundai Motor America et al. | |

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                           Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE JURISDICTION**

Before the Court are cross motions for summary judgment, one filed by Plaintiff Paul Logan (Doc. 53) and the other filed by Defendant Hyundai Capital America (Doc. 57). Both are currently set for hearing on February 14, 2020, at 10:30 a.m. On December 27, 2019, the Court granted the parties' Joint Stipulation to Dismiss (Doc. 63), ordering the dismissal of Plaintiff's two federal claims and negligence claim. (Order of Dismissal, Doc. 64.)

Plaintiff filed the instant action in this forum on the basis of federal-question jurisdiction. (*See* Compl. ¶ 10, Doc. 1.) Remaining in this case is a single state-law claim and two non-diverse parties (*see* FAC ¶¶ 14, 16 (stating both Plaintiff and Defendant are citizens of California); Def.'s Answer to FAC ¶ 16 (admitting Defendant is a citizen of California)).

Accordingly, the parties are ordered to show cause, in writing (**two (2) pages** or fewer) and **within fourteen (14) days** of the date of this Order, why this case should not be dismissed for lack of subject-matter jurisdiction. Failure to timely respond will result in immediate dismissal of this action. Additionally, the Court VACATES the hearing on the parties' cross motions for summary judgment. Based on the parties' response to this Order to Show Cause, the Court will determine whether to reset the motions for hearing.

Initials of preparer: tg